# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2308
_____

EUGENE W. THOMPSON,

Petitioner,

v.

WALTER MCNEIL, Sheriff,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


January 19, 2024


PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Eugene W. Thompson, pro se, Petitioner.

No appearance for Respondent.